UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 16-1857 DSF (JEMx) | Date | 3/21/16 |
| Title | BCBG Max Azria Group, LLC v. Christina America Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case


　　This case was removed from state court based on diversity jurisdiction. However, the citizenship of the Plaintiff is not adequately pleaded. See <u>Johnson v. Columbia Props. Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Because the notice of removal fails to allege facts from which the Court can conclude that subject matter jurisdiction is present, the case is REMANDED to the Superior Court of California, County of Los Angeles.

　　IT IS SO ORDERED.